**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 582 MAL 2016
:
          Respondent :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
     v. :
:
:
THOMAS MUIR, :
:
          Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 30th day of January, 2017, the Petition for Allowance of Appeal is **DENIED**.